**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF INDIANA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Glory Bound Day Care Ministries, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4796839** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **30677 Old US 20**<br>**Elkhart, IN 46514**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Elkhart**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Glory Bound Day Care Ministries, Inc.**                           Case number *(if known)* _____
     Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    8132

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

---

Debtor    **Glory Bound Day Care Ministries, Inc.**                                        Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                    Relationship _____

District _____ When _____   Case number, if known _____

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Glory Bound Day Care Ministries, Inc.**                                        Case number (*if known*) _____
         Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **Glory Bound Day Care Ministries, Inc.**                                 Case number (*if known*) _____
         Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 13, 2025**
              MM / DD / YYYY

**X** **/s/ Katherine Baker**                                      **Katherine Baker**
Signature of authorized representative of debtor                   Printed name

Title   **CEO**

**18. Signature of attorney**

**X** **/s/ Scot T. Skekloff**                          Date **May 13, 2025**
Signature of attorney for debtor                             MM / DD / YYYY

**Scot T. Skekloff 15849-02**
Printed name

**HallerColvin PC**
Firm name

**444 East Main Street**
**Fort Wayne, IN 46802**
Number, Street, City, State & ZIP Code

Contact phone   **(260) 426-0444**      Email address   **sskekloff@hallercolvin.com**

**15849-02 IN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Glory Bound Day Care Ministries, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Petition Attachment - 11 U.S.C. §1116(1)(B) Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 13, 2025**                 X /s/ Katherine Baker
                                                                 Signature of individual signing on behalf of debtor

                                                                 **Katherine Baker**
                                                                 Printed name

                                                                 **CEO**
                                                                 Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name **Glory Bound Day Care Ministries, Inc.** |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF INDIANA** |
| Case number (if known): _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alice Bare 135 N Carlisle South Bend, IN 46628** | | **Garnishment/Judgment** | | | | $109,239.82 |
| **Atlas Restaurant Supply PO Box 4075 South Bend, IN 46634-4750** | | **Restaurant Supply** | | | | $784.68 |
| **Best Version Media at Transworld Systems Inc. 500 Virginia Dr. Fort Washington, PA 19034** | | **Advertising** | | | | $13,548.52 |
| **Cintas PO Box 631025 Cincinnati, OH 45263-1025** | | **Safety & First Aid** | | | | $9,284.55 |
| **CPR by Shane 1303 Baker Ave. Goshen, IN 46526** | | **CPR Training** | | | | $360.00 |
| **Culligan 56861 Ferrettie Court Mishawaka, IN 46545** | | | | | | $4,727.94 |
| **Discount School Supplies PO Box 734309 Chicago, IL 60673-4309** | | **Preschool equipment and supplies** | | | | $876.76 |
| **Home Comfort Experts 56848 Ferrettie Ct. Mishawaka, IN 46545** | | **Plumbing** | | | | $2,053.00 |

Debtor **Glory Bound Day Care Ministries, Inc.**　　　　Case number *(if known)*　＿＿＿＿＿＿＿＿
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Johnson Control 4312 Technology Dr. South Bend, IN 46628-9752 | | HVAC Service & Supply | | | | $41,945.39 |
| JPMorgan Chase Bank, N.A. P.O. Box 659754 San Antonio, TX 78265 | | | | | | $900.00 |
| Lakeshore Learning Materials 2695 E. Dominguez St. Carson, CA 90895 | | Preschool Equipment & Supplies | | | | $947.70 |
| Lechlitner Door Sales & Service, Inc. 57738 C.R. 3 Elkhart, IN 46517 | | Door Install | | | | $12,840.00 |
| Lowe's 1000 Lowe's Boulevard Mooresville, NC 28117 | | Credit card | | | | $8,280.84 |
| Orkin Pest Control 3600 W. McGill St Ste 100-A South Bend, IN 46628-4371 | | | | | | $210.00 |
| Umbrella Corporation 2818 Lincoln East Mishawaka, IN 46544 | | Garnishment | | | | $121,557.15 |
| United States Small Business Admin. 332 South Michigan Avenue Suite 600 Chicago, IL 60604 | | Loan | | | | $61,187.16 |

**Fill in this information to identify the case:**

Debtor name    **Glory Bound Day Care Ministries, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..................................................................................    $ _____**0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..............................................................................    $ _____**41,258.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................    $ _____**41,258.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____**0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ _____**0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____**388,743.51**

4.    **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b                    $ _____**388,743.51**

**Fill in this information to identify the case:**

Debtor name    **Glory Bound Day Care Ministries, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **First Source Bank** | **Checking** | | $0.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**         | | $0.00 |
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:          Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:          Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| 11a. 90 days old or less: | **20,000.00** | - | **0.00** | = .... | **$20,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor      **Glory Bound Day Care Ministries, Inc.**                                    Case number *(If known)* _____
            Name

| 11a. 90 days old or less: | 2,500.00 | - | 0.00 | = .... | $2,500.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $22,500.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**3 desks, 50 chairs, 3 filing cabinets, and 10 book shelves.** | $0.00 | | $5,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**3 computers, 3 televisions, 15 kids tables, 3 microwaves, 2 refridgerators, and 2 coolers.** | $0.00 | | $5,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | $10,000.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**

Debtor    **Glory Bound Day Care Ministries, Inc.**                    Case number *(If known)* _____
          Name

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2017 Lincoln MKZ - 170,000 miles - KBB<br>Value** | $0.00 | | $5,758.00 |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.    **Box Trailer** | $0.00 | | $3,000.00 |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |

51.    **Total of Part 8.**                                                    | $8,758.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor    **Glory Bound Day Care Ministries, Inc.**                    Case number *(If known)* _____
           Name

available.

| | | | | |
|---|---|---|---|---|
| 55.1. | **Lease of Facility at 30677 Old US 20** | | | |
| | **Elkhart, IN 46514** | Lease | $0.00 | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **Customer lists with personal information (including names of minors).** | $0.00 | | Unknown |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

Debtor    **Glory Bound Day Care Ministries, Inc.**                              Case number *(If known)* _____
                Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Glory Bound Day Care Ministries, Inc.**                    Case number *(If known)* _____
           Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $22,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,758.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $41,258.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $41,258.00 |

**Fill in this information to identify the case:**

Debtor name   **Glory Bound Day Care Ministries, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name   **Glory Bound Day Care Ministries, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF INDIANA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Alice Bare**<br>**135 N Carlisle**<br>**South Bend, IN 46628**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Garnishment/Judgment<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$109,239.82** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Atlas Restaurant Supply**<br>**PO Box 4075**<br>**South Bend, IN 46634-4750**<br><br>Date(s) debt was incurred  4/26/2024<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Restaurant Supply<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$784.68** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Best Version Media**<br>**at Transworld Systems Inc.**<br>**500 Virginia Dr.**<br>**Fort Washington, PA 19034**<br><br>Date(s) debt was incurred  8/29/2024<br><br>Last 4 digits of account number  0522 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Advertising<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$13,548.52** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Cintas**<br>**PO Box 631025**<br>**Cincinnati, OH 45263-1025**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number  2082 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Safety & First Aid<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,284.55** |

Debtor  **Glory Bound Day Care Ministries, Inc.**
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>CPR by Shane<br>1303 Baker Ave.<br>Goshen, IN 46526 | **As of the petition filing date, the claim is:** *Check all that apply.*      **$360.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  CPR Training

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Culligan<br>56861 Ferrettie Court<br>Mishawaka, IN 46545 | **As of the petition filing date, the claim is:** *Check all that apply.*      **$4,727.94**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  2024

Last 4 digits of account number  2550

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Discount School Supplies<br>PO Box 734309<br>Chicago, IL 60673-4309 | **As of the petition filing date, the claim is:** *Check all that apply.*      **$876.76**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  11/19/2024

Last 4 digits of account number  8536

**Basis for the claim:**  Preschool equipment and supplies

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Home Comfort Experts<br>56848 Ferrettie Ct.<br>Mishawaka, IN 46545 | **As of the petition filing date, the claim is:** *Check all that apply.*      **$2,053.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  10/8/2024

Last 4 digits of account number _

**Basis for the claim:**  Plumbing

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Johnson Control<br>4312 Technology Dr.<br>South Bend, IN 46628-9752 | **As of the petition filing date, the claim is:** *Check all that apply.*      **$41,945.39**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  12/2024

Last 4 digits of account number  2701

**Basis for the claim:**  HVAC Service & Supply

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>JPMorgan Chase Bank, N.A.<br>P.O. Box 659754<br>San Antonio, TX 78265 | **As of the petition filing date, the claim is:** *Check all that apply.*      **$900.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Lakeshore Learning Materials<br>2695 E. Dominguez St.<br>Carson, CA 90895 | **As of the petition filing date, the claim is:** *Check all that apply.*      **$947.70**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred  9/26/2024

Last 4 digits of account number  7255

**Basis for the claim:**  Preschool Equipment & Supplies

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Glory Bound Day Care Ministries, Inc.**                    Case number *(if known)* _____
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,840.00 |
|---|---|---|---|

**Lechlitner Door Sales & Service, Inc.**
**57738 C.R. 3**
**Elkhart, IN 46517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/7/2024**

**Basis for the claim:**  **Door Install**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,280.84 |
|---|---|---|---|

**Lowe's**
**1000 Lowe's Boulevard**
**Mooresville, NC 28117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1.25.2023**

**Basis for the claim:**  **Credit card**

Last 4 digits of account number  **5329**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Orkin Pest Control**
**3600 W. McGill St**
**Ste 100-A**
**South Bend, IN 46628-4371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/2024**

**Basis for the claim:**  _

Last 4 digits of account number  **8046**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121,557.15 |
|---|---|---|---|

**Umbrella Corporation**
**2818 Lincoln East**
**Mishawaka, IN 46544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5.24.2024**

**Basis for the claim:**  **Garnishment**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,187.16 |
|---|---|---|---|

**United States Small Business Admin.**
**332 South Michigan Avenue**
**Suite 600**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Loan**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Credit Control, LLC**<br>**P.O. Box 546**<br>**Hazelwood, MO 63042** | Line  **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Daniel Andrew Bogatz**<br>**302 West Washington St.**<br>**IGCS 5th Floor**<br>**Indianapolis, IN 46204** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Glory Bound Day Care Ministries, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Gary Lee Griner**<br>**Griner Law**<br>**121 E. Grove Street**<br>**Mishawaka, IN 46545** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Gary Lee Griner**<br>**Griner Law**<br>**121 E. Grove Street**<br>**Mishawaka, IN 46545** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Indiana Family and Social Services Admin**<br>**402 W Washington Street**<br>**PO Box 7083**<br>**Indianapolis, IN 46207** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **James Paul Barth**<br>**Pfeifer, Morgan & Stesiak**<br>**53600 North Ironwood Drive**<br>**South Bend, IN 46635** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Office of the United States Attorney**<br>**5400 Federal Plaza**<br>**Suite 1500**<br>**Hammond, IN 46320** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 388,743.51 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 388,743.51 |

**Fill in this information to identify the case:**

Debtor name      **Glory Bound Day Care Ministries, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Building Lease for Day Care Operations** |
| | **$3,660.00/month** |
| State the term remaining | **1 year term** |
| List the contract number of any government contract | **LSE Investments, LLC** |

**Fill in this information to identify the case:**

Debtor name    **Glory Bound Day Care Ministries, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Eric Baker** | **30677 Old US 20**<br>**Elkhart, IN 46514** | **Umbrella Corporation** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.2 **Katherine Baker** | **30677 Old US 20**<br>**Elkhart, IN 46514** | **Umbrella Corporation** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Glory Bound Day Care Ministries, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☑ TO BE SUPPLIED.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | 3.1.  **LSE Investments, LLC** | **March - May 2025** | **$10,980.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Lease payment** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

| Debtor | Glory Bound Day Care Ministries, Inc. | Case number *(if known)* | |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | CFS OF MICHIANA v. Eric Baker, Katherine Baker<br>20D05-2411-SC-002476 | SC-SMALL CLAIMS - Garnishee Defendant | Elkhart Superior Court<br>315 S 2nd St<br>Elkhart, IN 46516 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.2. | Umbrella Corporation v. Glory Bound Day Care Ministries, Inc., Eric Baker, Katherine Baker<br>71C01-2308-PL-000222 | PL - Civil Plenary | St. Joseph Circuit Court<br>101 S Main St<br>South Bend, IN 46601 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | Alice Bare v. Glory Bound Day Care Ministries, Inc.<br>20D05-2303-CT-000070 | CT - Civil Tort | Elkhart Superior Court<br>315 S 2nd St<br>Elkhart, IN 46516 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. | Morsches Lumber Inc v. Glory Bound Day Care Ministries Inc, Eric Baker, Katherine Baker<br>02D09-2211-SC-009508 | SC - Small Claims | Allen County Superior Court<br>715 Calhoun St #208<br>Fort Wayne, IN 46802 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor  **Glory Bound Day Care Ministries, Inc.**                              Case number *(if known)*

---

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **HallerColvin PC**<br>**444 East Main Street**<br>**Fort Wayne, IN 46802** | **Attorney fees, chapter 11 retainer and filing fee** | 4/28/2025 -<br>5/13/2025<br>$4,966 | **$7,034.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

Debtor    **Glory Bound Day Care Ministries, Inc.**                                   Case number *(if known)* _____

---

| **Part 8:** | Health Care Bankruptcies |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| **Part 9:** | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Names, addresses, telephone numbers, medical records, and birth certificates.**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JPMorgan Chase Bank, N.A.**<br>**P.O. Box 659754**<br>**San Antonio, TX 78265** | **XXXX-** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **1/4/2023** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

Debtor    **Glory Bound Day Care Ministries, Inc.**                     Case number *(if known)* _____

---

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

---

Debtor    **Glory Bound Day Care Ministries, Inc.**                         Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **ADT**<br>**1501 Yamato Rd.**<br>**Boca Raton, FL 33431** | **past approximately 5 years** |
| 26a.2.   **True Pay**<br>**810 Park Place**<br>**Mishawaka, IN 46545** | **2021-2023** |
| 26a.3.   **H&R Block Tax Group**<br>**C Street Shopping Center**<br>**1532 Cassopolis St**<br>**Elkhart, IN 46514** | **2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Glory Bound Day Care Ministries, Inc.**<br>**30677 Old US 20**<br>**Elkhart, IN 46514** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Katherine Baker** | **1315 Stoneybrooke Drive**<br>**Granger, IN 46530** | **CEO, Board** | |

Debtor  **Glory Bound Day Care Ministries, Inc.**          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Eric Baker | 1315 Stoneybrooke Drive Granger, IN 46530 | President, Board | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Eric Baker**<br>**30677 Old US 20**<br>**Elkhart, IN 46514**<br><br>**Relationship to debtor**<br>**President, Board** | **Wage draw; approximately $10,000.** | **Past one year** | **Working at daycare** |
| 30.2. | **Katherine Baker**<br>**30677 Old US 20**<br>**Elkhart, IN 46514**<br><br>**Relationship to debtor**<br>**CEO, Board** | **Wage draw approximately $20,000** | **Past one year** | **Working at daycare** |
| 30.3. | **Antonio Love**<br><br>**Relationship to debtor**<br>**General Manager** | **$2,984 gross** | **Every 2 weeks** | **Ongoing employment** |
| 30.4. | **Brianna Love**<br><br>**Relationship to debtor**<br>**Daycare Teacher** | **$1,680 gross** | **Every 2 weeks** | **Ongoing employment** |
| 30.5. | **Ashley Culbrath**<br><br>**Relationship to debtor**<br>**Daycare Teacher** | **$1,530 gross** | **Every 2 weeks** | **Ongoing empoloyment** |
| 30.6. | **Lashun Baker**<br><br>**Relationship to debtor**<br>**Daycare Teacher** | **$2,400 gross** | **Every 2 weeks** | **Ongoing employment** |

Debtor    **Glory Bound Day Care Ministries, Inc.**                         Case number *(if known)*

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____

_____          **Katherine Baker**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Glory Bound Day Care Ministries, Inc.**

Case No.

Debtor(s)    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,966.00   Prepetition Services; Post-Petition at the below noted hourly rates** |
| Prior to the filing of this statement I have received | $ | **5,296.00   Chapter 11 Retainer** |
| | $ | **1,738.00   Chapter 11 Filing Fee** |
| Balance Due | $ | **0.00** |
| | Hourly Rates: | |
| | $225 - $410/hr. - Partners | |
| | $175 - $250/hr. - Associates | |

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
        **Preparation and filing of documents, agreements, and applications as needed in this Chapter 11 case, representation of the Chapter 11 estate, and counseling Debtor regarding same.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the Debtor in non-bankruptcy matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 13, 2025**

*Date*

**/s/ Scot T. Skekloff**
**Scot T. Skekloff 15849-02**
*Signature of Attorney*
**HallerColvin PC**
**444 East Main Street**
**Fort Wayne, IN 46802**
**(260) 426-0444   Fax: (260) 422-0274**
**sskekloff@hallercolvin.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Glory Bound Day Care Ministries, Inc.** _____    Case No. _____
                                    Debtor(s)                                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 13, 2025** _____    Signature    **/s/ Katherine Baker** _____
                                                                    **Katherine Baker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

(6/2010)

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Glory Bound Day Care Ministries, Inc.**                          Case No. _____

Debtor(s)                    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **May 13, 2025**                      **/s/ Katherine Baker**

**Katherine Baker**/**CEO**
Signer/Title

.

ALICE BARE
135 N CARLISLE
SOUTH BEND, IN 46628


ATLAS RESTAURANT SUPPLY
PO BOX 4075
SOUTH BEND, IN 46634-4750


BEST VERSION MEDIA
AT TRANSWORLD SYSTEMS INC.
500 VIRGINIA DR.
FORT WASHINGTON, PA 19034


CINTAS
PO BOX 631025
CINCINNATI, OH 45263-1025


CPR BY SHANE
1303 BAKER AVE.
GOSHEN, IN 46526


CREDIT CONTROL, LLC
P.O. BOX 546
HAZELWOOD, MO 63042


CULLIGAN
56861 FERRETTIE COURT
MISHAWAKA, IN 46545


DANIEL ANDREW BOGATZ
302 WEST WASHINGTON ST.
IGCS 5TH FLOOR
INDIANAPOLIS, IN 46204


DISCOUNT SCHOOL SUPPLIES
PO BOX 734309
CHICAGO, IL 60673-4309

```
ERIC BAKER
30677 OLD US 20
ELKHART, IN 46514


GARY LEE GRINER
GRINER LAW
121 E. GROVE STREET
MISHAWAKA, IN 46545


HOME COMFORT EXPERTS
56848 FERRETTIE CT.
MISHAWAKA, IN 46545


INDIANA FAMILY AND SOCIAL SERVICES ADMIN
402 W WASHINGTON STREET
PO BOX 7083
INDIANAPOLIS, IN 46207


JAMES PAUL BARTH
PFEIFER, MORGAN & STESIAK
53600 NORTH IRONWOOD DRIVE
SOUTH BEND, IN 46635


JOHNSON CONTROL
4312 TECHNOLOGY DR.
SOUTH BEND, IN 46628-9752


JPMORGAN CHASE BANK, N.A.
P.O. BOX 659754
SAN ANTONIO, TX 78265


KATHERINE BAKER
30677 OLD US 20
ELKHART, IN 46514


LAKESHORE LEARNING MATERIALS
2695 E. DOMINGUEZ ST.
CARSON, CA 90895
```

```
LECHLITNER DOOR SALES & SERVICE, INC.
57738 C.R. 3
ELKHART, IN 46517


LOWE'S
1000 LOWE'S BOULEVARD
MOORESVILLE, NC 28117


LSE INVESTMENTS, LLC


OFFICE OF THE UNITED STATES ATTORNEY
5400 FEDERAL PLAZA
SUITE 1500
HAMMOND, IN 46320


ORKIN PEST CONTROL
3600 W. MCGILL ST
STE 100-A
SOUTH BEND, IN 46628-4371


UMBRELLA CORPORATION
2818 LINCOLN EAST
MISHAWAKA, IN 46544


UNITED STATES SMALL BUSINESS ADMIN.
332 SOUTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60604
```

# United States Bankruptcy Court
## Northern District of Indiana

In re  **Glory Bound Day Care Ministries, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Glory Bound Day Care Ministries, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 13, 2025**

Date

/s/ Scot T. Skekloff

**Scot T. Skekloff 15849-02**

Signature of Attorney or Litigant

Counsel for **Glory Bound Day Care Ministries, Inc.**

**HallerColvin PC**
**444 East Main Street**
**Fort Wayne, IN 46802**
**(260) 426-0444 Fax:(260) 422-0274**
**sskekloff@hallercolvin.com**